UNITED STATES, DISTRICT COURT

DISTRICT OF RHODE ISLAND

GERALD M. BROWN JR.

VS.

CA 07 203

CA.# ________________

R.I. CA.# 2004-252A

ASHBEL T. WALL

PETITION FOR REMOVAL

To the Honorable Judges of the United States District Court for the State of Rhode Island.

Petitioner, Gerald M. Brown Jr. Pro-se, respectfully show's this Court:

1) Petitioner is the appelant in the above-entitled action.

2) on 22 July 2004, the above-entitled action was commenced by the petitioner in the R.I. Supreme Court, and is now pending in such court.

3) on 22 July, the petitioner did serve proper Notice of Appeal in the above-entitled action in the Providence Superior Court by First Class U.S. Mail in the County Providence Plantations, State of Rhode Island.

4) Since 22 July 2004 no direct action has been instigated by the R. I. Supreme Court on the above-entitled matter. Mr. Tutalo, Administrative assistant to the Chief Justice, has noted on 30 Sept. 2005 that the Providence Superior Court has never provided the R.I. Supreme Court with the case file.

5) on 31 July 2004 petitioner did write a formal letter to the R.I. Supreme Court with a Rule 15 motion, stressing that he never received a response to his formal proper

Notice of Appeal from the Providence Superior Court for courts denial of PM. 2000-2027 denial of Post Conviction Relief Application Certified on 22 July 2004, to preserve His rights to appeal under the R.I. Supreme Court Rules. Rule #15 Application by indigent litigants and persons in custody., to preserve petitioner's right to appeal.

6) Petitioner is still as of this date being told that the case file is not in the R.I. Supreme Court possession and may be lost. The possibility of loss after several informal communications, Petitioner feels that said lost file is improper and leads to; Lack of Prosecution, denial of Equal rights and Due Process rights of the Petitioner in his pursuit of Justice in the R.I. Court System as prescribed by the U.S. Constitution and its Laws, And the Laws of Rhode Island.

7) Petitioner is a citizen and resident of the State of Rhode Island, and the Defendant is a citizen and resident of the State of Rhode Island.

8) The above-entitled action is a civil action for appeal of a Post Conviction Relief Application denial. Whereas, the petitioner has done all possible to press his rights, denied by the R.I. Supreme Court in its actions and inactions as stressed by petitioner's Judgment of 10 Dec. 2004 by the U.S. Court of Appeals First Circuit Ca. No. 04-2540;

> ... as his fourth ground for habeas relief, Brown asserts that he has been wrongfully denied parole....
>
> ...with regard to the fourth ground, provided

Brown first exhaust state remedies pursuant to 28 U.S.C. § 2254 (b) (1) (A).

Petitioner stresses that no matter what he does to proceed in said state court, his appeal is stone walled and this can only lead to Lack of Prosecution, denial of Equal rights, no Due Process, Nepotism of the Judicial System, and Judicial misconduct of the R.I. Judicial System have compelled the petitioner to seek justice in the Federal Courts as he is being unlawfully held by the Defendant.

9) This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C.A. § 1331 and the action may therefore be removed to this court pursuant to 28 U.S.C.A. §§ 1441(c), 1443, and 1446(a).

10) Copies of all state Correspondence, petitioner's correspondence and all petitioners records before the state court in the petitioners possession in the above-entitled action are attached as exhibits 1 through 20 are filed with this petition.

11) This petition is filed with the court after the last informal communication with the defendants agents have Failed in their attempts to resolve said deficiences in the above-entitled action.

**Wherefore**, petitioner requests that the above-entitled action be removed from the R.I. State Supreme, and Providence Superior court to this Court.

Respectfully Submitted,

29 May 2007
Date

[signature]
Gerald M. Brown Jr. Pro-se
#71461, Fl-39, P.O.box 8274
Cranston, r.i. 02920